PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
for the
District of Alaska

Petition for Action on Conditions of Pretrial Release

| | | | |
|---|---|---|---|
| **Name of Defendant:** | Tiffani Couch | **Case Number:** | 3:23-CR-00075-02-JMK-MMS |
| **Name of Judicial Officer:** | Honorable Matthew M. Scoble, Chief United States Magistrate Judge | | |
| **Date of Pretrial Release:** | January 16, 2024 | | |
| **Charges:** | Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances | | |
| | Count 5: Possession of a Controlled Substance with Intent to Distribute | | |
| | Count 6: Possession of a Controlled Substance with Intent to Distribute | | |
| **Case Status:** | Pending trial | | |
| **Assistant U.S. Attorney:** | Christopher Schroeder | **Defense Attorney:** | Danee Pontious |

## PETITIONING THE COURT

☒ No further action to be taken

The pretrial services officer believes the defendant has violated the following condition(s) of pretrial release:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1 | The defendant violated the pretrial services release condition (m) "The defendant must use or unlawfully possess a narcotic drug or other controlled substances," in that January 24, 2024, the defendant tested positive for Morphine, which was confirmed by Millennium Health on January 26, 2024. |

**DECLARATION AND RECOMMENDATION:**

On February 1, 2024, this officer received a phone call from Krystle Anderson, who is a counselor at Akeela House. She advised the defendant tested positive recently for Morphine and it was confirmed by the lab. She provided this officer with paperwork, stating the urinalysis test was taken on January 24, 2024, and their lab confirmed the results on January 26, 2024.

On February 8, 2024, this officer had a discussion with the defendant at Akeela House. She reported not knowingly using any controlled substances but did admit to using an unauthorized vape prior to her urinalysis test.

She is currently on a behavioral contract, and Akeela House is going to keep her in the program.

The defendant is assessed as a Pretrial Risk Category Five.

The defendant is assessed as a risk of nonappearance based on the following factors:

- Offense Charged and/or Defendant's Conduct During Arrest for Instant Offense
- Suspected Mental Health History
- Substance Abuse History
- History of Failure to Appear (10)
- Lack of Verifiable, Legitimate Employment
- Pretrial, Probation, Parole, or Supervised Release Status and Compliance
- Pending Charges
- Criminal History

The defendant is assessed as a danger to the community based on the following factors:

- Nature of Instant Offense
- Prior Arrests and Convictions
- Substance Abuse History
- Suspected Mental Health History
- Criminal History
- Criminal Association
- History/Charge Involving Violence/Domestic Violence

This is the defendant's first instance of testing positive for a controlled substance. Akeela staff report that she is doing well in the program as she currently volunteers in the kitchen and attends her groups as directed.

**This officer respectfully recommends no action be taken at this time.**

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 12 day of February at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

Kyle J. Mansfield
U.S. Probation Officer Specialist
February 12, 2024

Approved by:

Cathy Tovornik
Supervisory U.S. Probation Officer