PONTIOUS LAW OFFICES, LLC
400 L Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 677-9900
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| TIFFANI COUCH, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:23-cr-00075-JMK-MMS-1 |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Tiffany Couch, through undersigned counsel, hereby moves to modify her conditions of release to remove the GPS ankle monitoring provision. Ms. Couch is presently excelling in the Akeela Residential Treatment Program. She has been promoted to a mentorship role and tasked with facilitating other patients' legal, medical, and rehabilitative appointments in the community. Ms. Couch is in need of less restrictive conditions in order to accommodate her new role.

United States Pretrial Services Officer Azaria Kantor spoke with undersigned counsel on May 28th and 29th, 2024 and concurred that the defendant is in need of having the ankle monitoring provision removed. Undersigned counsel reached out to opposing counsel, AUSA Chris Schroeder, on May 28, 2024 requesting his position on this motion. He expressed via email that he will oppose the request for removal of the ankle monitor.

A hearing on the removal of the ankle monitor will be necessary. Undersigned counsel will be out of the country from May 29th to June 17th and is unable to attend a hearing during that time. Therefore, undersigned counsel requests a hearing on the present motion for a date after June 17th. This will allow the Government the opportunity to elaborate on its opposition to the request to modify pretrial release conditions and for counsel to return to the country to be present for the hearing.

Dated at Anchorage, Alaska this 28th day of May, 2024.

s/Danée L. Pontious
Attorney for Defendant,
Tiffani Couch
400 L Street, Suite 100
Anchorage, Alaska 99501
Phone: 907-677-9900
E-Mail: dlp@pontiouslaw.com
Alaska Bar No: 0411076

CERTIFICATE OF SERVICE
I hereby certify that on May 28, 2024
a copy of foregoing was served ELECTRONICALLY on:
Assistant U.S. Attorney
s/D. Pontious